## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**DARYL L. WREN**                                                                          **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO.: 4:19cv00088-GHD-JMV**

**OFFICER VICTOR KING, INDIVIDUALLY**
**AND IN HIS OFFICAL CAPACITY, ET AL.**                 **DEFENDANTS**

### ORDER AMENDING CMO DEADLINES

Consistent with the District Judge's Order [29], continuing the trial, and the parties' joint request, *see* motion [28], the following deadlines now control:

Discovery Deadline — August 24, 2020

*Daubert* and Dispositive Motions Deadline — September 21, 2020

**SO ORDERED** this, the 8th day of June, 2020.

                                                                  **/s/ Jane M. Virden**
                                                                  **U. S. Magistrate Judge**